Frank, Appellant, *v.* Hall.

Argued November 13, 1972. *Frank C. Lewis*, with him *Hudacsek and Lewis*, for appellant; *Robert L. Orr*, with him *Wilson & Orr*, for appellee.

Order affirmed.

Goodman *v.* Ford Motor Company, Appellant.

Argued September 15, 1972. *Joseph V. Pinto*, with him *White and Williams*, for appellant; *Stephen M. Feldman*, with him *Bernard Gross*, and *Feldman & Feldman*, for appellee.

Judgment affirmed, on the opinion of the court below.

Grill, Appellant, *v.* Kowalewski.

Argued November 14, 1972. *Andrew J. Conner*, with him *Dunn, Wolford & Conner*, for appellant; *T. Warren Jones*, with him *MacDonald, Illig, Jones & Britton*, for appellee.

Order and judgment affirmed.

CERCONE, J., absent.